## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| SUSAN M. BOLTZ-RUBINSTEIN, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No.  10-16541 ELF |
| | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Motion to Extend time to File Complaint to Determine Dischargeability Pursuant to Fed. R. Bankr. P. 4007 ("the Motion") (Doc. # 73) filed by Hagens Berman Sobol Shapiro LLP ("the Hagens Firm"), the Debtor's response thereto, and after a hearing, and for the reasons stated in the accompanying Memorandum, it is hereby

**ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The deadline under Fed. R. Bankr. P. 4007(c) for the Hagens Firm to file a complaint to determine the dischargeability of a debt subject to 11 U.S.C. §523(c) is **EXTENDED** pending further order of this court.

3. A hearing to consider developments in the pending litigation between the Hagens Firm and the Debtor in the action filed by the Hagens Firm presently pending at No. 2:09-cv-00894 (W.D. Wash.) and whether a specific deadline under Rule 4007(c) should be set is **SCHEDULED on September 20, 2011, at 1:00 p.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

Date:  June 17, 2011

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE