## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      **SUSAN M. BOLTZ-RUBINSTEIN**      :      **Chapter 13**

                          **Debtor**           :

                                        :      **Bky. No.  10-16541 ELF**

## O R D E R

**AND NOW,** Debtor Susan M. Boltz-Rubinstein ("the Movant") having filed a Motion for Relief from Violation of Automatic Stay and Creditor Misconduct and Request for Sanctions ("the Motion") (Doc. # 296) on **August 10, 2016**;

    **AND**, the Motion being governed by L.B.R 9014-3;

    **AND**, pursuant to L.B.R 9014-3(c), (g) and (h), a movant being required to schedule the motion for a hearing pursuant to L.B.R 5070-1 and to provide notice of the motion to the parties specified in the rule;

    **AND**, the Movant having failed to file any documents demonstrating compliance with L.B.R 9014-3(c) and (h);

    It is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with the rules of court**.**

**Date:**  **August 15, 2016**                     _____

                                           **ERIC L. FRANK**
                                           **CHIEF U.S. BANKRUPTCY JUDGE**