United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 10-16541-elf
Susan M. Boltz-Rubinstein                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 15, 2016
                    Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2016.
db             Susan M. Boltz-Rubinstein,    3444 Wiltshire Rd,    Furlong, PA  18925-1239
intp          +Eran Rubinstein,    3444 Wiltshire Road,    Furlong, PA 18925-1239
12108357       Bank Of America Home Loans Servicing, LP,    ATTN: Customer Service,    PO Box 5170,
                Simi Valley, CA  93062-5170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2016 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
      EDWARD J. DIDONATO    on behalf of Creditor    McNaul Ebel Nawrot & Helgren PLLC
   edidonato@foxrothschild.com,    brian-oneill-fox-5537@ecf.pacerpro.com
      EDWARD J. DIDONATO    on behalf of Creditor    Hagens Berman Sobol Shapiro LLP
   edidonato@foxrothschild.com,    brian-oneill-fox-5537@ecf.pacerpro.com
      ERAN   RUBINSTEIN    on behalf of Plaintiff Susan M. Boltz-Rubinstein eran.rubinstein@yahoo.com
      ERAN   RUBINSTEIN    on behalf of Debtor Susan M. Boltz-Rubinstein eran.rubinstein@yahoo.com
      HILARY B. BONIAL    on behalf of Creditor    BAC Home Loan Servicing LP
   hbonial@nbsdefaultservices.com,    notice@bkcylaw.com
      JASON BRETT SCHWARTZ    on behalf of Defendant    United Guaranty Residential Insurance Company of
   North Carolina jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
      JENNIFER P. KNOX    on behalf of Defendant    BAC HOME LOANS SERVICING, L.P. jknox@reedsmith.com
      JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
   jtorrente@begleycarlin.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    National Residential Assets Corp., as servicer
   bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      KENNETH D. HENDERSON    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
   RA-occbankruptcy6@state.pa.us
      SAMUEL   ISRAEL    on behalf of Creditor    Hagens Berman Sobol Shapiro LLP sisrael@foxrothschild.com
      STEFAN   RICHTER    on behalf of Creditor    Devonshire Estates Community Association
   srichter@clemonslaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                     TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    SUSAN M. BOLTZ-RUBINSTEIN | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| | : | Bky. No. 10-16541 ELF |
| | : | |

## O R D E R

**AND NOW,** Debtor Susan M. Boltz-Rubinstein ("the Movant") having filed a Motion for Relief from Violation of Automatic Stay and Creditor Misconduct and Request for Sanctions ("the Motion") (Doc. # 296) on **August 10, 2016**;

**AND**, the Motion being governed by L.B.R 9014-3;

**AND**, pursuant to L.B.R 9014-3(c), (g) and (h), a movant being required to schedule the motion for a hearing pursuant to L.B.R 5070-1 and to provide notice of the motion to the parties specified in the rule;

**AND**, the Movant having failed to file any documents demonstrating compliance with L.B.R 9014-3(c) and (h);

It is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for failure to comply with the rules of court**.**

Date: August 15, 2016

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE