United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan M. Boltz-Rubinstein  
    Debtor

Case No. 10-16541-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Aug 30, 2016  
                        Form ID: 212     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.  
db        Susan M. Boltz-Rubinstein,    3444 Wiltshire Rd,    Furlong, PA 18925-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2016 at the address(es) listed below:

        ANDREW SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
        EDWARD J. DIDONATO    on behalf of Creditor    Hagens Berman Sobol Shapiro LLP    edidonato@foxrothschild.com,   brian-oneill-fox-5537@ecf.pacerpro.com  
        EDWARD J. DIDONATO    on behalf of Creditor    McNaul Ebel Nawrot & Helgren PLLC    edidonato@foxrothschild.com,   brian-oneill-fox-5537@ecf.pacerpro.com  
        ERAN RUBINSTEIN    on behalf of Plaintiff Susan M. Boltz-Rubinstein eran.rubinstein@yahoo.com  
        ERAN RUBINSTEIN    on behalf of Debtor Susan M. Boltz-Rubinstein eran.rubinstein@yahoo.com  
        HILARY B. BONIAL    on behalf of Creditor    BAC Home Loan Servicing LP    hbonial@nbsdefaultservices.com,   notice@bkcylaw.com  
        JASON BRETT SCHWARTZ    on behalf of Defendant    United Guaranty Residential Insurance Company of North Carolina jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com  
        JENNIFER P. KNOX    on behalf of Defendant    BAC HOME LOANS SERVICING, L.P. jknox@reedsmith.com  
        JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau    jtorrente@begleycarlin.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    National Residential Assets Corp., as servicer    bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        KENNETH D. HENDERSON    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,   RA-occbankruptcy6@state.pa.us  
        SAMUEL ISRAEL    on behalf of Creditor    Hagens Berman Sobol Shapiro LLP sisrael@foxrothschild.com  
        STEFAN RICHTER    on behalf of Creditor    Devonshire Estates Community Association    srichter@clemonslaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                           TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                  Chapter: 13

    Susan M. Boltz−Rubinstein

Debtor(s)                                                           Case No: 10−16541−elf

___

*ORDER*

    AND NOW, 8/30/16 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Chief Judge ,United States
Bankruptcy Court

300
Form 212