United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan M. Boltz-Rubinstein  
    Debtor

Case No. 10-16541-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2    Date Rcvd: Sep 16, 2016  
                Form ID: 3180W    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
```
db              Susan M. Boltz-Rubinstein,    3444 Wiltshire Rd,    Furlong, PA  18925-1239
12171939       +AES/PHEAA,    PO BOX 8183,    HARRISBURG PA 17105-8183
12274272       +Bucks County Tax Claim Bureau,    c/o John A. Torrente,Esq,    55 E. Court Street,
                 Doylestown,Pa 18901-4318
12170282       +Devonshire Estates Community Association,    c/o Stefan Richter, Esquire,
                 Clemons Richter & Reiss, P.C.,    107 E. Oakland Ave,    Doylestown, PA 18901-4610
12165310        Goulston & Storrs P.C.,    c/o Douglas B. Rosner, Esq.,    400 Atlantic Avenue,
                 Boston MA 02110-3333
12232249       +Midland Credit Management, Inc.,    2365 Nortside Drive, Suite 300,    San Diego, CA 92108-2709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:08:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12172804        EDI: BECKLEE.COM Sep 17 2016 01:48:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
12184694       +EDI: ACCE.COM Sep 17 2016 01:48:00     Asset Acceptance LLC,   PO BOX 2036,
                 Warren, MI 48090-2036
12327397       +EDI: BANKAMER.COM Sep 17 2016 01:48:00     BAC Home Loan Servicing, LP,   Attn: Bankruptcy Dept,
                 Mail Stop CA6-919-01-23,   400 National Way,   Simi Valley, CA 93065-6414
12108371        EDI: IRS.COM Sep 17 2016 01:48:00     Internal Revenue Service,   PO Box 21126,
                 Philadelphia, PA  19114-0326
12153107        EDI: JEFFERSONCAP.COM Sep 17 2016 01:48:00     Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
13013883        EDI: PRA.COM Sep 17 2016 01:48:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk, VA 23541
12188487       +EDI: PRA.COM Sep 17 2016 01:48:00     PRA Receivables Management, LLC,
                 As Agent Of Portfolio Recovery Assocs.,   POB 41067,   Norfolk VA 23541-1067
12108379        E-mail/Text: bankruptcygroup@ugcorp.com Sep 17 2016 02:08:38
                 United Guaranty Residential Insurance,   Company Of North Carolina,   PO Box 20327,
                 Greensboro, NC  27420-0327
12117305       +EDI: WFFC.COM Sep 17 2016 01:48:00     Wells Fargo Financial National Bank,   4137 121st Street,
                 Urbandale, IA 50323-2310
12144567        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:29
                 pennsylvania department of revenue,   bankruptcy division po box 280946,
                 harrisburg,pa 17128-0946
                                                                                              TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              DANIEL P. WOTHERSPOON    on behalf of Defendant    BANK OF AMERICA dwotherspoon@reedsmith.com
              EDWARD J. DIDONATO    on behalf of Creditor    McNaul Ebel Nawrot & Helgren PLLC
               edidonato@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 16, 2016
                              Form ID: 3180W           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          EDWARD J. DIDONATO    on behalf of Creditor    Hagens Berman Sobol Shapiro LLP
           edidonato@foxrothschild.com,  brian-oneill-fox-5537@ecf.pacerpro.com
          ERAN   RUBINSTEIN    on behalf of Plaintiff Susan M. Boltz-Rubinstein eran.rubinstein@yahoo.com
          ERAN   RUBINSTEIN    on behalf of Debtor Susan M. Boltz-Rubinstein eran.rubinstein@yahoo.com
          HILARY B. BONIAL    on behalf of Creditor    BAC Home Loan Servicing LP
           hbonial@nbsdefaultservices.com,  notice@bkcylaw.com
          JASON BRETT SCHWARTZ    on behalf of Defendant    United Guaranty Residential Insurance Company of
           North Carolina jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          JENNIFER P. KNOX    on behalf of Defendant    BAC HOME LOANS SERVICING, L.P. jknox@reedsmith.com
          JOHN A. TORRENTE    on behalf of Creditor    Bucks County Tax Claim Bureau
           jtorrente@begleycarlin.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    National Residential Assets Corp., as servicer
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KENNETH D. HENDERSON    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          SAMUEL   ISRAEL    on behalf of Creditor    Hagens Berman Sobol Shapiro LLP sisrael@foxrothschild.com
          STEFAN  RICHTER    on behalf of Creditor    Devonshire Estates Community Association
           srichter@clemonslaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 16
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Susan M. Boltz−Rubinstein** | Social Security number or ITIN **xxx−xx−3846** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **10−16541−elf** | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Susan M. Boltz−Rubinstein

9/15/16                                          **By the court:**   Eric L. Frank
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**