# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Susan M. Boltz-Rubinstein,<br>                              Debtor. | CHAPTER 13<br><br>Case No. 10-16541-elf |
| SUSAN M. BOLTZ-RUBINSTEIN,<br>                              Plaintiff,<br>        v.<br>BAC HOME LOANS SERVICING, BANK OF AMERICA, N.A. and NATIONAL RESIDENTIAL ASSETS CORP.<br>                              Defendants. | Adversary Proceeding No.: 16-00265<br><br><br><br>**ENTRY OF APPEARANCE** |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Robert E. Warring as co-counsel for Defendants Bank of America, N.A. for itself and as successor by July 1, 2011 de jure merger with BAC Home Loans Servicing, L.P.; and National Residential Assets Corp. in the above-captioned proceeding.

Dated: February 27, 2017                          Respectfully submitted,

/s/ *Robert E. Warring*
Robert E. Warring
PA Identification No. 209326
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rwarring@reedsmith.com

*Counsel for Defendants Bank of America, N.A. for itself and as successor by July 1, 2011 de jure merger with BAC Home Loans Servicing, L.P.; and National Residential Assets Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2017, a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Case Filing system.

/s/ *Robert E. Warring*
Robert E. Warring