## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SUSAN M. BOLTZ-RUBINSTEIN,<br><br>Debtor,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Chapter 13<br><br>Bky No.: 10-16541-elf<br>ADVERSARY NO. 16-00265-elf<br><br>NOTICE OF WITHDRAWAL AND<br>SUBSTITUTION OF COUNSEL |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant Bank of America, N.A., for itself and as successor by July 1, 2011 de jure merger with BAC Home Loans Servicing, LP ("BANA"), pursuant to Local Rule of Bankruptcy Procedure 2091-1, hereby notices the withdrawal of Daniel Wotherspoon, Esq. as counsel of record for BANA, and the substitution of Michael C. Falk, Esq. in his place. By way of further explanation, Daniel Wotherspoon is leaving the employ of Reed Smith LLP, with his last day being on May 3, 2019.

Respectfully submitted, this 3rd day of May, 2019.

| | |
|---|---|
| /s/ Daniel P. Wotherspoon<br>Daniel P. Wotherspoon<br>**REED SMITH LLP**<br>Three Logan Street<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Tel. (215) 851-8100<br>Fax (215) 851-1420<br>dwotherspoon@reedsmith.com<br><br>*Withdrawing counsel for Defendant Bank of America, N.A., for itself and as successor by July 1, 2011 de jure merger with BAC Home Loans Servicing, L.P.* | /s/ Michael C. Falk<br>Michael C. Falk<br>**REED SMITH LLP**<br>Three Logan Street<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Tel. (215) 851-8100<br>Fax (215) 851-1420<br>mfalk@reedsmith.com<br><br>*Substituted counsel for Defendant Bank of America, N.A., for itself and as successor by July 1, 2011 de jure merger with BAC Home Loans Servicing, L.P.* |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2019, I caused a copy of the foregoing document to be served on all parties of record by the court's cm/ecf filing system.

*/s/ Daniel P. Wotherspoon*
Daniel P. Wotherspoon
