# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SUSAN M. BOLTZ-RUBINSTEIN,<br><br>Debtor,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Chapter 13<br><br>Bky No.: 10-16541-elf<br><br>ADVERSARY NO. 16-00265-elf |

**ORDER ON APPLICATION FOR ADMISSION PRO HAC VICE OF DAVID CASALE**

AND NOW, this _____ day of May, 2019, upon consideration of the Motion for Admission *Pro Hac Vice* of David A. Casale (the "Motion"), it is hereby

ORDERED that the Motion is granted and David Casale is admitted *pro hac vice* to appear in the above-captioned proceeding.

BY THE COURT

_____
Hon. Eric L. Frank
United States Bankruptcy Judge