# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SUSAN M. BOLTZ-RUBINSTEIN,<br><br>Debtor,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Chapter 13<br><br>Case No.: 10-16541-elf<br><br>ADVERSARY NO. 16-00265-elf<br><br>**ENTRY OF APPEARANCE OF JAMES W. McGARRY FOR DEFENDANT BANK OF AMERICA, N.A.** |

## ENTRY OF APPEARANCE

Kindly enter the appearance of James W. McGarry as counsel for Defendant Bank of America, N.A. in the above-captioned proceeding.

Dated: July 2, 2019

Respectfully submitted,

/s/ James W. McGarry
James W. McGarry
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
jmcgarry@goodwinlaw.com
*Counsel for Defendant Bank of America, N.A*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2019, a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Case Filing system.

/s/ *James W. McGarry*

James W. McGarry