United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 10-16541-elf
Susan M. Boltz-Rubinstein   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Jan 24, 2023   Form ID: pdf900   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Susan M. Boltz-Rubinstein, 3444 Wiltshire Rd, Furlong, PA 18925-1239 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DANIEL P. WOTHERSPOON | on behalf of Defendant AIG Insurance Companies dwotherspoon@reedsmith.com jhenry@reedsmith.com |
| DANIEL P. WOTHERSPOON | on behalf of Defendant National Residential Assets Corp. as servicer dwotherspoon@reedsmith.com, jhenry@reedsmith.com |
| DANIEL P. WOTHERSPOON | on behalf of Bank of New York Mellon dwotherspoon@reedsmith.com jhenry@reedsmith.com |
| DANIEL P. WOTHERSPOON | on behalf of Defendant BANK OF AMERICA N.A . dwotherspoon@reedsmith.com, jhenry@reedsmith.com |
| EDWARD J. DIDONATO | on behalf of Creditor Hagens Berman Sobol Shapiro LLP edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com |
| EDWARD J. DIDONATO | on behalf of Creditor McNaul Ebel Nawrot & Helgren PLLC edidonato@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ERAN RUBINSTEIN
    on behalf of Plaintiff Susan M. Boltz-Rubinstein eran.rubinstein@yahoo.com

ERAN RUBINSTEIN
    on behalf of Debtor Susan M. Boltz-Rubinstein eran.rubinstein@yahoo.com

HILARY B. BONIAL
    on behalf of Creditor BAC Home Loan Servicing LP hbonial@bonialpc.com
    hbonial@bonialpc.com;Notices.Bonial@ecf.courtdrive.com

JAMES W. MCGARRY
    on behalf of Creditor BANK OF AMERICA  N.A. jmcgarry@goodwinlaw.com

JAMES W. MCGARRY
    on behalf of Defendant BANK OF AMERICA jmcgarry@goodwinlaw.com

JASON BRETT SCHWARTZ
    on behalf of Defendant AIG Insurance Companies jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JASON BRETT SCHWARTZ
    on behalf of Defendant United Guaranty Residential Insurance Company of North Carolina jschwartz@friedmanvartolo.com
    bankruptcy@friedmanvartolo.com

JENNIFER P. KNOX
    on behalf of Defendant BAC HOME LOANS SERVICING  L.P. jknox@reedsmith.com

JOHN A. TORRENTE
    on behalf of Creditor Bucks County Tax Claim Bureau jtorrente@begleycarlin.com

JOSHUA I. GOLDMAN
    on behalf of Creditor National Residential Assets Corp.  as servicer Josh.Goldman@padgettlawgroup.com,
    angelica.reyes@padgettlawgroup.com

KENNETH D. HENDERSON
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy1@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL C. FALK
    on behalf of Creditor BANK OF AMERICA  N.A. mfalk@reedsmith.com

MICHAEL C. FALK
    on behalf of Defendant BANK OF AMERICA mfalk@reedsmith.com

ROBERT E. WARRING
    on behalf of Creditor National Residential Assets Corp.  as servicer rwarring@reedsmith.com,
    rreber@reedsmith.com;docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

ROBERT E. WARRING
    on behalf of Defendant BANK OF AMERICA  N.A . rwarring@reedsmith.com,
    rreber@reedsmith.com;docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

ROBERT E. WARRING
    on behalf of Defendant National Residential Assets Corp.  as servicer rwarring@reedsmith.com,
    rreber@reedsmith.com;docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

ROBERT E. WARRING
    on behalf of Creditor BANK OF AMERICA  N.A. rwarring@reedsmith.com,
    rreber@reedsmith.com;docketingecf@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

SAMUEL ISRAEL
    on behalf of Creditor Hagens Berman Sobol Shapiro LLP sisrael@foxrothschild.com

STEFAN RICHTER
    on behalf of Creditor Devonshire Estates Community Association srichter@clemonslaw.com

THOMAS I. PULEO
    on behalf of Creditor National Residential Assets Corp.  as servicer tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 29

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                              : Chapter 13

Susan M. Boltz-Rubinstein                                           : Case No. 10-16541-elf

    Debtor(s)

**ORDER**
_____

AND NOW, this day, January 24, 2023, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

1/24/2023, 12:47 PM